# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 213 EAL 2023

           Respondent                 :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

           v.                       :

                                    :

EDWARD BROWN,                     :

           Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.